1  McGREGOR W. SCOTT
   United States Attorney
2  KYLE R. RATLIFF
   Special Assistant U.S. Attorney
3  412 TW/JA
   1 South Rosamond Blvd.
4  Edwards AFB, California 93524
   Phone: (661) 277-4316 / Fax: (661) 277-2887

6  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:17-po-00524-JLT |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION FOR |
| | ) | CONTINUANCE |
| v. | ) | |
| | ) | |
| FRANKLIN J. HERNANDEZ, | ) | |
| | ) | |
| Defendant | ) | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Kyle R. Ratliff, Special Assistant United States Attorney, hereby moves to continue Case Number 5:17-po-00524-JLT against Franklin J. Hernandez to Friday, June 29, 2018. This motion is caused by the unavailability of the courtroom located at Edwards AFB, CA, due to a court-martial. The United States has contacted the Defendant, and the Defendant agrees to the continuance.

Dated: June 7, 2018           Respectfully Submitted,
                              McGregor W. Scott
                              United States Attorney


                              *Kyle R. Ratliff* (signature)
                              Kyle R. Ratliff
                              Special Assistant United States Attorney

# **O R D E R**

IT IS HEREBY ORDERED that Case Number 5:17-po-00524-JLT against Franklin J. Hernandez be continued to Friday, June 29, 2018, in the interest of justice.

Dated: _____June 7_, 2018

_Jennifer L. Thurston_
HON. JENNIFER L. THURSTON
United States Magistrate Judge